[No. 49032-3-II.   Division Two.   July 25, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS EDWARD NOVION, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 16-1-00141-1, James W. Lawler, J., entered June 2, 2016. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, C.J., and Sutton, J.

[No. 49064-1-II.   Division Two.   July 25, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ROBERT MCBATH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 16-1-00843-9, Kitty-Ann van Doorninck, J., entered June 10, 2016. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Lee and Melnick, JJ.

[No. 49069-2-II.   Division Two.   July 25, 2017.]

LLRIG TWO, LLC, ET AL., *Respondents*, v. RV RESORT MANAGEMENT, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-01982-2, Erik D. Price, J., entered May 20, 2016. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Johanson and Melnick, JJ.

[No. 49106-1-II.   Division Two.   July 25, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES OTIS WRIGHT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 16-1-00211-4, Gary R. Tabor, J., entered June 23, 2016. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa, A.C.J., and Johanson, J.